



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | 3-24CR-553-B |
| CAREY TODD EDWARDS | |

## **INDICTMENT**

### Count One
Obstruction of an Official Proceeding
[Violation of 18 U.S.C. § 1512(c)(1)]

On or about July 26, 2023, in the Northern District of Texas, Dallas Division, the

defendant, **Carey Todd Edwards**, did corruptly alter, destroy, mutilate, and conceal a

tangible object, to wit, a firearm, and attempted to do so, with the intent to impair the

object's integrity and availability for use in an official proceeding, to wit, a proceeding

before a United States magistrate judge.

All in violation of 18 U.S.C. § 1512(c)(1).

**Indictment - Page 1**

Count Two
False Statement to a Federal Agency
[Violation of 18 U.S.C. § 1001(a)(2)]

On or about July 27, 2023, in the Northern District of Texas, Dallas Division, the defendant, **Carey Todd Edwards**, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the Government of the United States, that is, during an interview conducted as part of an investigation into possession of a firearm by a convicted felon, **Edwards** told a federal law enforcement officer "I don't have any.  I never had any guns."  That statement was false, as **Edwards** then and there well knew that, on or about July 26, 2023, during an interview, **Edwards** admitted to federal law enforcement officers that **Edwards** was in in possession of multiple firearms.

All in violation of 18 U.S.C. § 1001(a)(2).

**Indictment - Page 2**

TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
EDWARD L. HOCTER
Assistant United States Attorney
Texas State Bar No. 24121668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:214-659-8600
Facsimile: 214-659-8805
Email: ted.hocter@usdoj.gov

**Indictment - Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**CAREY TODD EDWARDS**

INDICTMENT

18 U.S.C. § 1512(c)(1)
Obstruction of an Official Proceeding
(Count 1)

18 U.S.C. § 1001(a)(2)
False Statement to a Federal Agency
(Count 2)

2 Counts

A true bill rendered

----------------------------------------------------------------------

DALLAS                                                    FOREPERSON

Filed in open court this __17__ day of December, 2024.

----------------------------------------------------------------------

**Warrant to be Issued**

----------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending